# Exhibit A

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19 - 14061

Other Reference No.(s):_____

**Child Support Enforcement Number:**_____

Date issued: 4/14/19

To: Telemundo Network Group LLC
    Enterprise Corporate Services LLC
    1201 N. Market St. #1000
    Wilmington DE 19801

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
200A Monroe St. #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

Mahdain ElAmin #us
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL 19 -14061

Other Reference No.(s):_____

Child Support Enforcement Number:_____

Date issued: ___4/14/19___

To: NB (Universal Shared Services LLC
Enterprise Corporate Services LLC
1201 N. Market St. #1000
Wilmington DE 19801

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within __60__ days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
200A Monroe St. #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

_Mahasin E Amin #685_
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-14061

Other Reference No.(s):_____

Child Support Enforcement Number:_____

Date issued: 4/24/19

To: NBC Universal Digital Enterprises LLC
Enterprise Corporate Services LLC
1201 N. Market St. #1000
Wilmington DE 19901

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
200A Monroe St #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

Mahasin ElAmin Heald
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-14061

Other Reference No.(s): _____

**Child Support Enforcement Number:** _____

Date issued: 4/24/19

To: Telemundo Mid-Atlantic LLC
Enterprise Corporate Services LLC
1201 N. Market St. #1000
Wilmington DE 19801

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
200 A Monroe St #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

_Markasin Eckman #618_

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: _CAL19 - 14061_

Other Reference No.(s):_____

Child Support Enforcement Number:_____

Date issued: _4/14/19_

To: _Telemundo Media LLC_
_Enterprise Corporate Services LLC_
_1201 N. Market St. #1000_
_Wilmington DE 19801_

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within _60_ days after service of this summons upon you, in this Court, to the attached complaint filed by;

_Nehemias Mejia_
_200A Monroe St #305_
_Rockville MD 20850_

This summons is effective for service only if served within 60 days after the date it is issued.

_Mohasin ElAmin #0618_

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: _CAL19-14061_

Other Reference No.(s):_____

**Child Support Enforcement Number:**_____

Date issued: _4/14/19_

To: _Telemundo Group LLC_
_Enterprise Corporate Services LLC_
_1201 N. Market St. #1000_
_Wilmington DE 19801_

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within _60_ days after service of this summons upon you, in this Court, to the attached complaint filed by;

_Nehemias Mejia_
_200A Marve St. #305_
_Rockville MD 20850_

This summons is effective for service only if served within 60 days after the date it is issued.

_Nahrasin Elsmin_ #C818

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: _CAL19 - 14061_

Other Reference No.(s):_____

Child Support Enforcement Number:_____

Date issued: ___4/24/19___

To: NBCUniversal Digital Lab LLC
Enterprise Corporate Services LLC
1201 N. Market St. #1000
Wilmington DE 19801

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within _60_ days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
200A Monroe St. #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

_Mahasin Eckman #612_
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: _CAL19-14061_

Other Reference No.(s):_____

Child Support Enforcement Number:_____

Date issued: _4/24/19_

To: _NBCUniversal Enterprise, Inc.,_
_Comcast Capital Corporation_
_1201 N. Market St. #1000_
_Wilmington DE 19801_

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within _60_ days after service of this summons upon you, in this Court, to the attached complaint filed by;

_Nehemias Mejia_
_200A Monroe St. #305_
_Rockville MD 20850_

This summons is effective for service only if served within 60 days after the date it is issued.

_Mahasin Eltmun  #618_
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: _CAL19-14061_

Other Reference No.(s):_____

Child Support Enforcement Number:_____

Date issued: _4/24/19_

To: _NBC Universal Networks International Spanish Latin America LLC_
_Enterprise Corporate Services LLC_
_1201 N. Market St. #1000_
_Wilmington DE 19801_

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within _60_ days after service of this summons upon you, in this Court, to the attached complaint filed by;

_Nehemias Mejia_
_200A Monroe St. #305_
_Rockville MD 20850_

This summons is effective for service only if served within 60 days after the date it is issued.

_Mohasin ElAmin #618_
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: _CAL19-14061_

Other Reference No.(s):_____

Child Support Enforcement Number:_____

Date issued: ___4/24/19___

To: _NBC Universal Production Services LLC_
_Enterprise Corporate Services_
_1201 N. Market St. #1000_
_Wilmington DE 19801_

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within _60_ days after service of this summons upon you, in this Court, to the attached complaint filed by;

_Nehemias Mejia_
_200A Monroe St. #305_
_Rockville MD 20850_

This summons is effective for service only if served within 60 days after the date it is issued.

_____
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-14061

Other Reference No.(s): _____

Child Support Enforcement Number: _____

Date issued: 4/24/19

To: NBC Universal Networks International Latin America LLC
Enterprise Corporate Services LLC
1201 N. Market St. #1000
Wilmington DE 19801

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
2004 Monroe St. #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

Mohssin El Amin #611

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: _CAL19-14061_

Other Reference No.(s): _____

Child Support Enforcement Number: _____

Date issued: _4/24/19_

To: _NBC Universal International Networks US, LLC_
_Enterprise Corporate Services LLC_
_1201 N. Market St. #1000_
_Wilmington DE 19801_

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within _60_ days after service of this summons upon you, in this Court, to the attached complaint filed by;

_Nehemias Mejia_
_200A Monroe St. #305_
_Rockville MD 20850_

This summons is effective for service only if served within 60 days after the date it is issued.

_Mahasin Eldmin #Hull_

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**Circuit Court For Prince George's County**
**Clerk Of The Circuit Court**
**Courthouse**
**Upper Marlboro, Md. 20772-9987**
**MD Relay Service Voice/ TDD**
**1-800-735-2258**

Case No. _CAL19-14061_

Other Reference No.(s):_____

**Child Support Enforcement Number:**_____

Date issued: ___4/24/19___

To: NBC Universal Digital Enterprises Productions LLC
Enterprise Corporate Services LLC
1201 N. Market St. #1000
Wilmington DE 19801

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within _60_ days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
200A Monroe St. #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

_Mahasin Elhmin #618_
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

**Case No.:** _CAL19 - 14061_

**Other Reference No.(s):** _____

**Child Support Enforcement Number:** _____

**Date issued:** ___4/24/19___

To: _NBC Universal LLC_
_Comcast Capital Corporation_
_1201 N. Market St. #1000_
_Wilmington DE 1801_

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within __60__ days after service of this summons upon you, in this Court, to the attached complaint filed by;

_Nehemias Mejia_
_1004 Monroe St. #305_
_Rockville MD 20850_

This summons is effective for service only if served within 60 days after the date it is issued.

_Mahasin ElAmin #618_

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-14061

Other Reference No.(s): _____

Child Support Enforcement Number: _____

Date issued: 4/24/19

To: NBC Universal Digital Entertainment LLC
Enterprise Corporate Services LLC
1201 N. Market St. #1000
Wilmington DE 19801

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
200A Monroe St, #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

_Mahasin Eltmin Holt_

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL19-14061

Other Reference No.(s):_____

Child Support Enforcement Number:_____

Date issued: 4/14/19

To: Telemundo Television Studios LLC
Enterprise Corporate Services LLC
1201 N. Market St. #1000
Wilmington, DE 19801

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by;

Nehemias Mejia
200A Monroe St. #305
Rockville MD 20850

This summons is effective for service only if served within 60 days after the date it is issued.

_mahasin Elamin #el8_

Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

IN THE CIRCUIT COURT FOR <u>Prince George's County</u>
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant:* You must file an Information Report as required by Rule 2-323(h).

*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT   CASE NUMBER <u>CAL19 - 14061</u>
(Clerk to insert)

CASE NAME: <u>Nehemias Mejia</u> vs. <u>NBCUniversal Media, LLC et al.</u>
    Plaintiff                Defendant

PARTY'S NAME: Nehemias Mejia                    PHONE: 301-840-0080

PARTY'S ADDRESS: 4506 East West Highway, Riverdale, MD 20737

PARTY'S E-MAIL:

**If represented by an attorney:**
PARTY'S ATTORNEY'S NAME: Jonathan R. Oates        PHONE: 301-840-0080

PARTY'S ATTORNEY'S ADDRESS: 200A Monroe Street, Suite 305

PARTY'S ATTORNEY'S E-MAIL: Rockville, MD 20850

JURY DEMAND? ☒Yes ☐No

RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known:

ANTICIPATED LENGTH OF TRIAL?: ____hours ___3___days

### PLEADING TYPE

New Case: ☒Original    ☐Administrative Appeal   ☐Appeal

Existing Case: ☐Post-Judgment   ☐Amendment

*If filing in an existing case,* skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

| TORTS | Government | PUBLIC LAW | ☐ Constructive Trust |
|---|---|---|---|
| ☐ Asbestos | ☐ Insurance | ☐ Attorney Grievance | ☐ Contempt |
| ☐ Assault and Battery | ☐ Product Liability | ☐ Bond Forfeiture Remission | ☐ Deposition Notice |
| ☐ Business and Commercial | **PROPERTY** | ☐ Civil Rights | ☐ Dist Ct Mtn Appeal |
| ☐ Conspiracy | ☐ Adverse Possession | ☐ County/Mncpl Code/Ord | ☐ Financial |
| ☐ Conversion | ☐ Breach of Lease | ☐ Election Law | ☐ Grand Jury/Petit Jury |
| ☒ Defamation | ☐ Detinue | ☐ Eminent Domain/Condemn. | ☐ Miscellaneous |
| ☐ False Arrest/Imprisonment | ☐ Distress/Distrain | ☐ Environment | ☐ Perpetuate Testimony/Evidence |
| ☐ Fraud | ☐ Ejectment | ☐ Error Coram Nobis | ☐ Prod. of Documents Req. |
| ☐ Lead Paint - DOB of | ☐ Forcible Entry/Detainer | ☐ Habeas Corpus | ☐ Receivership |
| Youngest Plt:_____ | ☐ Foreclosure | ☐ Mandamus | ☐ Sentence Transfer |
| ☐ Loss of Consortium | ☐ Commercial | ☐ Prisoner Rights | ☐ Set Aside Deed |
| ☐ Malicious Prosecution | ☐ Residential | ☐ Public Info. Act Records | ☐ Special Adm. - Atty |
| ☐ Malpractice-Medical | ☐ Currency or Vehicle | ☐ Quarantine/Isolation | ☐ Subpoena Issue/Quash |
| ☐ Malpractice-Professional | ☐ Deed of Trust | ☐ Writ of Certiorari | ☐ Trust Established |
| ☐ Misrepresentation | ☐ Land Installments | | ☐ Trustee Substitution/Removal |
| ☐ Motor Tort | ☐ Lien | **EMPLOYMENT** | ☐ Witness Appearance-Compel |
| ☐ Negligence | ☐ Mortgage | ☐ ADA | **PEACE ORDER** |
| ☐ Nuisance | ☐ Right of Redemption | ☐ Conspiracy | ☐ Peace Order |
| ☐ Premises Liability | ☐ Statement Condo | ☐ EEO/HR | **EQUITY** |
| ☐ Product Liability | ☐ Forfeiture of Property / | ☐ FLSA | ☐ Declaratory Judgment |
| ☐ Specific Performance | Personal Item | ☐ FMLA | ☐ Equitable Relief |
| ☐ Toxic Tort | ☐ Fraudulent Conveyance | ☐ Workers' Compensation | ☒ Injunctive Relief |
| ☐ Trespass | ☐ Landlord-Tenant | ☐ Wrongful Termination | ☐ Mandamus |
| ☐ Wrongful Death | ☐ Lis Pendens | | **OTHER** |
| **CONTRACT** | ☐ Mechanic's Lien | **INDEPENDENT** | ☐ Accounting |
| ☐ Asbestos | ☐ Ownership | **PROCEEDINGS** | ☐ Friendly Suit |
| ☐ Breach | ☐ Partition/Sale in Lieu | ☐ Assumption of Jurisdiction | ☐ Grantor in Possession |
| ☐ Business and Commercial | ☐ Quiet Title | ☐ Authorized Sale | ☐ Maryland Insurance Administration |
| ☐ Confessed Judgment | ☐ Rent Escrow | ☐ Attorney Appointment | ☐ Miscellaneous |
| (Cont'd) | ☐ Return of Seized Property | ☐ Body Attachment Issuance | ☐ Specific Transaction |
| ☐ Construction | ☐ Right of Redemption | ☐ Commission Issuance | ☐ Structured Settlements |
| ☐ Debt | ☐ Tenant Holding Over | | |
| ☐ Fraud | | | |

CC-DCM-002 (Rev. 04/2017)
Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

☐ Abatement
☐ Administrative Action
☐ Appointment of Receiver
☐ Arbitration
☐ Asset Determination
☐ Attachment b/f Judgment
☐ Cease & Desist Order
☐ Condemn Bldg
☐ Contempt
☒ Court Costs/Fees
☒ Damages-Compensatory
☒ Damages-Punitive

☐ Earnings Withholding
☐ Enrollment
☐ Expungement
☐ Findings of Fact
☐ Foreclosure
☐ Injunction
☐ Judgment-Affidavit
☐ Judgment-Attorney Fees
☐ Judgment-Confessed
☐ Judgment-Consent
☐ Judgment-Declaratory
☐ Judgment-Default

☐ Judgment-Interest
☐ Judgment-Summary
☒ Liability
☐ Oral Examination
☐ Order
☐ Ownership of Property
☐ Partition of Property
☐ Peace Order
☐ Possession
☐ Production of Records
☐ Quarantine/Isolation Order
☐ Reinstatement of Employment

☐ Return of Property
☐ Sale of Property
☐ Specific Performance
☐ Writ-Error Coram Nobis
☐ Writ-Execution
☐ Writ-Garnish Property
☐ Writ-Garnish Wages
☐ Writ-Habeas Corpus
☐ Writ-Mandamus
☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☒ Liability is conceded. ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☒ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $____0____    ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation       ☒ Yes   ☐ No          C. Settlement Conference   ☐ Yes   ☐ No
B. Arbitration     ☐ Yes   ☐ No          D. Neutral Evaluation       ☐ Yes   ☐ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*           *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less          ☒ 3 days of trial time

☐ 1 day of trial time              ☐ More than 3 days of trial time

☐ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response     ☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

April 23, 2019
_____
Date

200A Monroe Street, Suite 305
_____
Address

Rockville _____ MD ___ 20850
City        State   Zip Code

_____
Signature of Counsel / Party

Jonathan R. Oates
_____
Printed Name

**IN THE CIRCUIT COURT OF MARYLAND**
**FOR PRINCE GEORGE'S COUNTY**

**NEHEMIAS MEJIA**
4506 East West Highway
Riverdale, Maryland 20737

    *Plaintiff*

    v.                            Case No.:

**NBCUNIVERSAL MEDIA, LLC**
30 Rockefeller Plaza
New York, New York 10112

SERVE: Resident Agent
The Corporation Trust, Inc.
2405 York Road
Suite 201
Timonium, Maryland 21093

    *and*

**TELEMUNDO GROUP LLC**
SERVE:  Resident Agent
Enterprise Corporate Services, LLC
1201 N. Market Street, Suite 1000
Wilmington, Delaware 19801

    *and*

**TELEMUNDO MEDIA LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, Delaware 19801

    *and*

**TELEMUNDO MID-ATLANTIC LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, Delaware 19801

    *and*

**TELEMUNDO NETWORK GROUP LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, Delaware 19801

    *and*

**TELEMUNDO TELEVISION STUDIOS, LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, Delaware 19801

    And

**NBCUNIVERSAL DIGITAL ENTERPRISES LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

    And

**NBCUNIVERSAL DIGITAL ENTERPRISES PRODUCTIONS LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

    And

**NBCUNIVERSAL DIGITAL ENTERTAINMENT LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

    And

**NBCUNIVERSAL DIGITAL LAB LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

  And

**NBCUNIVERSAL ENTERPRISE, INC.**
SERVE:  Resident Agent
Comcast Capital Corporation
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

  And

**NBCUNIVERSAL INTERNATIONAL NETWORKS US LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

  And

**NBCUNIVERSAL NETWORKS INTERNATIONAL LATIN AMERICA LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

  And

**NBCUNIVERSAL NETWORKS INTERNATIONAL SPANISH LATIN AMERICA LLC**
SERVE: Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

  And

**NBCUNIVERSAL PRODUCTION SERVICES LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

      And

**NBCUNIVERSAL SHARED SERVICES LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

      And

**NBCUNIVERSAL, LLC**
SERVE:  Resident Agent
Comcast Capital Corporation
1201 N. Market Street, Suite 1000
Wilmington, DE 19801

      *Defendants*

## COMPLAINT - DEFAMATION

Comes now the Plaintiff, Nehemias Mejia, by and through his attorneys Jonathan R. Oates and Krum, Gergely & Oates, LLC, and Jonathan Carroll and Jezic & Moyse, LLC, hereby brings this cause of action against all Defendants named above, and in support thereof states as follows:

1. Plaintiff, Nehemias Mejia, is an adult and at all times relevant hereto a resident of Prince George's County.

2. At all times relevant hereto, Defendants owned and operated Telemundo 44, a local television station broadcasting in Prince George's County, Maryland under the call sign WZDC.

3.      Defendant NBCUniversal Media, LLC, is incorporated in the State of Maryland and maintains a major place of business within the State of Maryland.

4.      Defendants Telemundo Group LLC, Telemundo Media LLC, Telemundo Mid-Atlantic LLC, Telemundo Network Group LLC and Telemundo Television Studios, LLC, are foreign entities incorporate in the State of Delaware.

5.      Defendants, acting jointly and severally:

    a.   Transact business and performs service in the State of Maryland;

    b.   Contracts to supply services in the State of Maryland;

    c.   Caused tortious injury to Plaintiff in the State of Maryland by an act within the State of Maryland.

6.      The cause of action hereinafter alleged by the Plaintiff took place by Defendants in the State of Maryland.

7.      On June 8, 2018, Plaintiff was arrested for various offenses in Arlington County, Virginia.  None of those offenses included any form of sexual assault.

8.      On June 11, 2018, Defendants broadcast a television news story on the evening news through their agent, Telemundo 44 WZDC, claiming that the Plaintiff had been arrested in Prince George's County for sexual assault.  That broadcast depicted a screen-sized photo of the Plaintiff's face with a caption that indicated he had been charged with sexual assault.

9.      The information contained in Defendants' broadcast regarding the Plaintiff was false.

10.     Defendants negligently broadcast the aforementioned false and defamatory statement about Plaintiff.

11.    Defendants published this false and defamatory publication to potentially tens of thousands of viewers watching the news broadcast at that time.

12.    This broadcast statement was defamatory in tending to injure Plaintiff in his profession and employment, and further, impugning him to be sexually aggressive and a sexual predator to others.

13.    Members of the public viewed the false information about the Plaintiff in the broadcast and took it to be true.  Plaintiff's supervisor at his job viewed the broadcast and believed that Plaintiff had been charged with sexual assault.  As a result, the Plaintiff was terminated.

14.    Despite learning about the falsity of the broadcast statement, Defendants have not corrected the record by retracting or correcting the false and defamatory statement.

15.    As a direct and proximate cause of the false and defamatory statements published by Defendants, the character and reputation Plaintiff were harmed, his standing and reputation in the community was harmed, and he suffered mental anguish and personal humiliation.

16.    As of the false and defamatory broadcast published by Defendants, Plaintiff was terminated from his employment and suffered loss of income.

WHEREFORE, Plaintiff, Nehemias Mejia, demands judgement of and from all Defendants jointly and severally in a sum to exceed $75,000 in compensatory and punitive damages, plus interest and costs.

Jonathan R. Oates
Krum, Gergely & Oates, LLC
200A Monroe Street, Suite 305
Rockville, Maryland 20850
(301) 840-0080
(240) 341-1423 (fax)
jon@kgofirm.com

Jonathan R. Carroll
Jezic & Moyse, LLC
2730 University Blvd., West
Suite 604
Wheaton, Maryland 20902
(240) 292-7200
(240) 292-7225 (fax)
jonathancarroll@jkmfirm.com

*Attorneys for Plaintiff*

## PRAYER FOR JURY TRIAL

Plaintiff prays a trial by jury on all issues triable thereby.

Jonathan R. Oates

Jonathan R. Carroll

*Attorneys for Plaintiff*