**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

**NEHEMIAS MEJIA**
4506 East West Highway
Riverdale, Maryland 20737

    *Plaintiff*

    v.                                         Case No.:8:19-cv-01563-GJH


**TELEMUNDO MID-ATLANTIC LLC**
SERVE:  Resident Agent
Enterprise Corporate Services LLC
1201 N. Market Street, Suite 1000
Wilmington, Delaware 19801

    *Defendant*

## PLAINTIFF'S CONSENTED TO FIRST AMENDED COMPLAINT - DEFAMATION

Comes now the Plaintiff, Nehemias Mejia, by and through his attorneys Jonathan R. Oates and Krum, Gergely & Oates, LLC, and Jonathan Carroll and Jezic & Moyse, LLC, hereby brings this cause of action against the Defendant named above, and in support thereof states as follows:

1. Plaintiff, Nehemias Mejia, is an adult and at all times relevant hereto a resident of Prince George's County.

2. At all times relevant hereto, Defendants owned and operated Telemundo 44, a local television station broadcasting in Prince George's County, Maryland under the call sign WZDC.

3. Defendant Telemundo Mid-Atlantic LLC is a foreign entity incorporated in Delaware with its principal place of business in Florida.

4. Defendant:

   a. Transacts business and performs service in the State of Maryland;

   b. Contracts to supply services in the State of Maryland;

   c. Caused tortious injury to Plaintiff in the State of Maryland by an act within the State of Maryland.

5. The cause of action hereinafter alleged by the Plaintiff took place by the Defendant in the State of Maryland.

6. On June 8, 2018, Plaintiff was arrested for various offenses in Arlington County, Virginia. None of those offenses included any form of sexual assault.

7. On June 11, 2018, Defendant broadcast a television news story on the evening news through television station, Telemundo 44 WZDC, claiming that the Plaintiff had been arrested in Prince George's County for sexual assault. That broadcast depicted a screen-sized photo of the Plaintiff's face with a caption that indicated he had been charged with sexual assault.

8. At all times pertinent, Defendant owned and operated Telemundo 44 WZDC, and was responsible for the functioning of Telemundo 44 WZDC and did employ agents, employees, staff, and/or representatives who acted on behalf of Defendant to broadcast material aired on Telemundo 44 WZDC.

9. The information contained in Defendant's broadcast regarding the Plaintiff was false.

10. Defendant negligently broadcast the aforementioned false and defamatory statement about Plaintiff.

11. Defendant published this false and defamatory publication to potentially tens of thousands of viewers watching the news broadcast at that time.

12. This broadcast statement was defamatory in tending to injure Plaintiff in his profession and employment, and further, impugning him to be sexually aggressive and a sexual predator to others.

13. Members of the public viewed the false information about the Plaintiff in the broadcast and took it to be true. Plaintiff's supervisor at his job viewed the broadcast and believed that Plaintiff had been charged with sexual assault. As a result, the Plaintiff was terminated.

14. Despite learning about the falsity of the broadcast statement, Defendant has not corrected the record by retracting or correcting the false and defamatory statement.

15. As a direct and proximate cause of the false and defamatory statements published by Defendant, the character and reputation of Plaintiff were harmed, his standing and reputation in the community was harmed, and he suffered mental anguish and personal humiliation.

16. As of the false and defamatory broadcast published by Defendants, Plaintiff was terminated from his employment and suffered loss of income.

WHEREFORE, Plaintiff, Nehemias Mejia, demands judgement of and from all Defendant in a sum to exceed $75,000 in compensatory and punitive damages, plus interest and costs.

_____/s/_____
Jonathan R. Carroll
Fed. Bar No. 17711
Jezic & Moyse, LLC
2730 University Blvd., West
Suite 604
Wheaton, Maryland 20902
(240) 292-7200
(240) 292-7225 (fax)
jonathancarroll@jkmfirm.com

*Attorneys for Plaintiff*

## **PRAYER FOR JURY TRIAL**

Plaintiff prays a trial by jury on all issues triable thereby.

_____/s/_____
Jonathan R. Carroll

*Attorney for Plaintiff*

## **CERTIFICATE OF CONSENT**

Defense Counsel on June 6, 2019 advised that Defendant has consented to the filing of this Amended Pleading pursuant to Fed R. Civ. P. (a)(2)

_____/S/_____
Jonathan R. Carroll

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Plaintiff's Consent First Amended Complaint was served via electronic mail, on July 2, 2019, on all counsel or parties of record on this service list.

>Chad Bowman, Esq
>1909 K Street, NW, 12th Floor
>Washington, DC 20006-1157
>202.508.1120 DIRECT
>202.661.2299 FAX
>Bowmanchad@ballardspahr.com

By:   __/s/ Jonathan R. Carroll_____