**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **NEHEMIAS MEJIA** | : | |
| *Plaintiff* | : | |
| v. | : | Case No.:8:19-cv-01563-GJH |
| **TELEMUNDO MID-ATLANTIC LLC** | : | |
| *Defendant* | : | |

_____

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO STRIKE CLAIM FOR PUNITIVE DAMAGES

Plaintiff, Nehemias Mejia, by and through undersigned counsel, hereby opposes Defendant's Motion to Dismiss Second Amended Complaint or, in the Alternative, to Strike Claim for Punitive Damages. In his Amended Complaint, Plaintiff has set forth well pleaded factual allegations to support a cause of action for defamation. For this reason, and reasons set forth more fully in Plaintiff's accompanying memorandum in opposition thereto, Defendant's motion must be denied pursuant to Rule 12(b)(6).

_____/s/_____
Katherine D. Oates
Krum, Gergely & Oates, LLC
200A Monroe Street, Suite 305
Rockville, Maryland 20850
(301) 840-0080
(240) 341-1423 (fax)
katherine@kgofirm.com

_____/s/_____
Jonathan R. Carroll
Jezic & Moyse, LLC
2730 University Blvd., West
Suite 604
Wheaton, Maryland 20902
(240) 292-7200
(240) 292-7225 (fax)
jonathancarroll@jkmfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 17, 2019, I filed a true and correct copy of the foregoing Opposition to Defendant's Motion to dismiss Second Amended Complaint or, in the Alternative, to Strike Claim for Punitive Damages with the Court's cm/ecf system, which will cause a copy to be served on all counsel of record.

September 17, 2019

_____/s/_____
Katherine D. Oates